**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kirk WHITTAKER, Defendant–Appellant.**

**No. 08–16207**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 9, 2009.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

**430**

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Thomas H. Dale, appointed counsel for Kirk Whittaker in this appeal from the district court's denial of Whittaker's motion to vacate his sentence for lack of jurisdiction, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Whittaker's motion is **AFFIRMED.**